# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

D-1  GARY EUGENE JACKSON,
     a/k/a "Geedy Weedy," "G;"
D-2  FRED SADEK TUCKER,
     a/k/a "Deke,"

  Defendants.
_____/

Case:2:15-cr-20507
Judge: Hood, Denise Page
MJ: Grand, David R.
Filed: 08-18-2015 At 03:35 PM
INFO USA V. JACKSON (NA)

VIOLATIONS: 21 U.S.C. §§ 841(a)(1),
            843(b) & 846
            18 U.S.C. §§ 922(g)(1)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

### (21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine)

D-1  **GARY EUGENE JACKSON,**
     a/k/a "Geedy Weedy," "G,"
D-2  **FRED SADEK TUCKER,**
     a/k/a "Deke"

That from in or about 2010 to 2014, in the Eastern District of Michigan, Southern Division, and elsewhere D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," D-2 FRED SADEK TUCKER, a.k.a. "Deke," defendants herein, did knowingly, intentionally and unlawfully combine, conspire,

confederate and agree with each other and with other persons whose names are both known and unknown to the grand jury to commit an offense against the United States, that is, to possess with intent to distribute and to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to the provisions of Title 21, United States Code, Section 841.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

### (21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Possess with Intent to Distribute and to Distribute Heroin)

D-1  GARY EUGENE JACKSON,
     a/k/a "Geedy Weedy," "G,"
D-2  FRED SADEK TUCKER,
     a/k/a "Deke"

That from in or about 2012 to May 2014, in the Eastern District of Michigan, Southern Division and elsewhere, D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," D-2 FRED SADEK TUCKER, a.k.a. "Deke,"defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with other persons whose names are both known and unknown to the grand jury to commit an offense against the United States, that is, to possess with intent to distribute and to distribute one kilogram or more of a mixture or substance

containing a detectable amount of Heroin, a Schedule I Controlled Substance, contrary to the provisions of Title 21, United States Code, Section 841.

All in violation of Title 21, United States Code, Section 846.

## COUNT THREE

### (21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Possess with Intent to Distribute and to Distribute Marijuana)

D-1   GARY EUGENE JACKSON,
      a/k/a "Geedy Weedy," "G,"
D-2   FRED SADEK TUCKER,
      a/k/a "Deke"

That from in or about 2010 to 2014, in the Eastern District of Michigan, Southern Division, and elsewhere D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," D-2 FRED SADEK TUCKER, a.k.a. "Deke," defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with other persons whose names are both known and unknown to the grand jury to commit an offense against the United States, that is, to possess with intent to distribute and to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, contrary to the provisions of Title 21, United States Code, Section 841.

All in violation of Title 21, United States Code, Section 846.

## COUNT FOUR

**(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Cocaine)**

D-1   GARY EUGENE JACKSON,
      a/k/a "Geedy Weedy," "G,"

That between in or about 2010 through 2014 in the Eastern District of Michigan, Southern Division, D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute 4 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

**(21 U.S.C. §841(a)(1) - Possession with Intent to Distribute Heroin)**

D-1   GARY EUGENE JACKSON,
      a/k/a "Geedy Weedy," "G,"

That between in or about 2010 through 2014, in the Eastern District of Michigan, Southern Division, D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute one or more kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

**(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Marijuana)**

D-1  GARY EUGENE JACKSON,
     a/k/a "Geedy Weedy," "G,"

That between in or about 2010 through 2014 in the Eastern District of Michigan, Southern Division, D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

**(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Cocaine)**

D-2  FRED SADEK TUCKER,
     a/k/a "Deke"

That between in or about 2010 through 2014 in the Eastern District of Michigan, Southern Division, D-2 FRED SADEK TUCKER, a.k.a. "Deke," defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

### (21 U.S.C. §841(a)(1) - Possession with Intent to Distribute Heroin)

**D-2    FRED SADEK TUCKER,**
       **a/k/a "Deke"**

That between in or about 2010 through 2014, in the Eastern District of Michigan, Southern Division, D-2 FRED SADEK TUCKER, a.k.a. "Deke," defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute one or more kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

### (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Marijuana)

**D-2    FRED SADEK TUCKER,**
       **a/k/a "Deke"**

That between in or about 2010 through 2014, in the Eastern District of Michigan, Southern Division, D-2 FRED SADEK TUCKER, a.k.a. "Deke,"defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute 100 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

### (Conspiracy to Unlawfully Use a Communication Facility to Commit A Drug Trafficking Offense - 21 U.S.C. §§ 843(b) and 846)

D-1   GARY EUGENE JACKSON,
     a/k/a "Geedy Weedy," "G,"
D-2   FRED SADEK TUCKER,
     a/k/a "Deke"

That between in or about 2010 and 2014, said dates being approximate, in the Eastern District of Michigan, Southern Division, and elsewhere, D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," D-2 FRED SADEK TUCKER, a.k.a. "Deke," defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with other persons whose names are both known and unknown to the grand jury to commit an unlawful act, to wit: unlawful use of communication facilities, including cellular telephones, to commit an act or acts constituting a felony, to wit: conspiracy to possess with intent to distribute and to distribute controlled substances, as set forth more fully in Counts One and Two, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 843(b).

All in violation of Title 21 United States Code, Section 846.

## COUNT ELEVEN

## (Unlawful Use of a Communication Facility to Commit A Drug Trafficking Offense - 21 U.S.C. §§ 843(b) and 846)

D-1 **GARY EUGENE JACKSON,**
a/k/a "Geedy Weedy," "G,"
D-2 **FRED SADEK TUCKER,**
a/k/a "Deke"

That between in or about 2010 and 2014, said dates being approximate, in the Eastern District of Michigan, Southern Division, and elsewhere, D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," D-2 FRED SADEK TUCKER, a.k.a. "Deke," defendants herein, did knowingly, intentionally and unlawfully use communication facilities, including cellular telephones, to commit an act or acts constituting a felony, to wit: conspiracy to possess with intent to distribute and to distribute controlled substances, as set forth more fully in Counts One and Two, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 21 United States Code, Section 843(b).

## COUNT TWELVE

### (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

D-1 **GARY EUGENE JACKSON,**
a/k/a "Geedy Weedy," "G,"

That on or about July 25, 2014, in the Eastern District of Michigan, Southern Division, D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G,"

defendant herein, did knowingly, intentionally and unlawfully, having previously been convicted of Carrying a Concealed Weapon, both felony crimes punishable by imprisonment for a term exceeding one year, possess firearms, including: a 9 mm Smith and Wesson, Model SW9VE (serial number DSV1733), with one magazine containing 13 rounds of 9mm ammunition, said firearm having been shipped or transported in interstate or foreign commerce, contrary to the provisions of Title 18, United States Code, Section 922(g)(1).

## COUNT THIRTEEN

### (18 U.S.C. § 922(g)(1)– Felon in Possession of a Firearm)

**D-2    FRED SADEK TUCKER,**
         a/k/a "Deke"

That on or about June 29, 2014, in the Eastern District of Michigan, Southern Division, D-2 FRED SADEK TUCKER, a.k.a. "Deke," defendant herein, did knowingly, intentionally and unlawfully, having previously been convicted of Possession of an Incendiary Device, a felony crime punishable by imprisonment for a term exceeding one year, possess firearms, including: one Ruger .44 magnum revolver (Serial #551-36747), with six rounds of ammunition; one 9 mm Intratec handgun (Serial #D044913), with a loaded extended magazine, and one loose round of ammunition and one empty magazine; one Norinco, Model MAK90 Sporter, AK-47 7.6X39 caliber style rifle; and one Ruger .357 caliber revolver

(obliterated serial #), with six rounds of ammunition, said firearms having been shipped or transported in interstate or foreign commerce, contrary to the provisions of Title 18, United States Code, Section 922(g)(1).

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. §853(a) - Criminal Forfeiture)

**D-1  GARY EUGENE JACKSON,**
a/k/a "Geedy Weedy," "G,"

I. The allegations contained in Counts One, Two, Three, Four, Five, Six, Ten and Eleven of this Information are hereby incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853. Upon conviction of one or more of the controlled substance violations of Title 21, United States Code, Sections 841(a)(1) and 846 alleged in Counts One, Two, Three, Four, Five, Six, Ten and Eleven of this Information, D-1 GARY EUGENE JACKSON, a.k.a. "Geedy Weedy," a.k.a. "G," defendant herein shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a): (a) any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

II. **Money Judgment.** Such property includes, but is not limited to, $20,000,000.00 in United States currency and all traceable interest and proceeds

for which the defendants are jointly and severally liable. Such sum in aggregate is property representing the proceeds of the aforementioned offenses, or is traceable to such property, in violation of Title 21, United States Code, Section[s] 841 and/or 846.

III. **Substitute Assets**. Pursuant to Title 21, United States Code, Section 853(p), defendant shall forfeit substitute property, up to the value of the properties described in paragraph I and ii above, if, by any act or omission of any defendant, the property described in paragraph I and ii cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 21, United States Code, Section 853.

BARBARA L. McQUADE
United States Attorney

LOUIS P. GABEL
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
313.226.9756
Louis.Gabel@usdoj.gov

Dated:  August 18, 2015

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:15-cr-20507<br>Judge: Hood, Denise Page<br>MJ: Grand, David R.<br>Filed: 08-18-2015 At 03:35 PM<br>INFO USA V. JACKSON (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008  [  ]

| **Companion Case Information** | Companion Case Number: 15-cr-20217 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Stephen J. Murphy |
| X Yes       No | AUSA's Initials: _____ |

**Case Title:** USA v. Gary Eugene Jackson, et. al.

**County where offense occurred :** Wayne

**Check One:**     ✓ Felony          ☐ Misdemeanor          ☐ Petty

_____ Indictment/ _____ Information --- **no** prior complaint.
_____ Indictment/ _____ Information --- based upon prior complaint [Case number: ]
_____ Indictment/ _____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:**            **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
   Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 18, 2015
Date

_____
Louis P. Gabel (No Mich P#)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9756
Fax: (313) 226-3265
E-Mail address: Louis.gabel.usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09